

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2021

**BY ECF**
The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Sinclair* et al., 21 Cr. 52 (LTS)

Dear Judge Swain:

     The Government respectfully submits this joint letter regarding the conference currently scheduled for October 26, 2021, at 10:30 a.m.  (Doc. No. 50.)  The Government and defense counsel for Judah and Selassie Sinclair have conferred and respectfully request that the conference be adjourned for a period of approximately three and a half weeks, to on or after November 22, 2021, to allow the parties to continue their discussions regarding a potential pretrial disposition of this matter.[1]  The parties would like to proceed in person.

     The Government, with the defendants' consent, respectfully requests that time be excluded in the interim to allow the parties time to continue their discussions regarding a potential pretrial resolution of this matter with respect to defendants Judah and Selassie Sinclair.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

     by: *[signature]*
     Sarah L. Kushner
     Assistant United States Attorney
     (212) 637-2676

The foregoing adjournment requests are granted.  The conference is hereby rescheduled for December 9, 2021, at 10:00am.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through December 9, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Dkt. Entry no. 54 resolved.  SO ORDERED.
/s/ Laura Taylor Chief, Chief USDJ

---

[1] The parties also respectfully request that defendants Judah and Selassie Sinclair be arraigned on the Indictment at the next-scheduled court date.