

January 4, 2022

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

## MEMO ENDORSED

     *Re:*    *United States v. Judah Sinclair et al.*, **21 Cr. 52 (LTS)**

Dear Judge Swain:

     I write on behalf of Judah Sinclair, my client in the above-captioned case, and co-defendant Selassie Sinclair with consent of counsel Marisa Cabrera. The Parties are currently scheduled to appear for an in-person status conference on January 20, 2022. Pursuant to communications with the Court and the government, through AUSA Sarah Kushner, the Parties hereby jointly request an adjournment of the in-person status conference to 11:00 a.m. on February 4, 2022, and the exclusion of time through that date from speedy trial calculations.

     Thank you for the Court's consideration of these requests.

                              Respectfully submitted,

                              /s/

                            Aaron Mysliwiec, Esq.
                            *Attorney for Judah Sinclair*

cc:     AUSA Sarah Kushner (via ECF)
         Marisa Cabrera, counsel for Selassie Sinclair (via ECF)

The foregoing adjournment request is granted.  The arraignment and pretrial conference in this action is hereby rescheduled for February 4, 2022 at 11:00am. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through February 4, 2022, outweigh the best interests of the public and the defendants in a speedy trial in order to permit the parties to continue developing strategy for the litigation and discussing potential pretrial dispositions.  Dkt. no. 68 resolved.  SO ORDERED.
1/4/2022
/s/ Laura Taylor Swain, Chief USDJ