

May 13, 2022

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Judah Sinclair*, 21 Cr. 52 (LTS)

Dear Judge Swain:

I write on behalf of Judah Sinclair, my client in the above-captioned case, who is scheduled to be sentenced by this Court on June 7, 2022.

I write respectfully to request a brief adjournment of Mr. Sinclair's sentencing. The reason for this request is that I have a parenting obligation on June 7, 2022 that will prevent me from appearing before the Court. I have conferred with the government, through AUSA Sarah Kushner, and both parties are available to proceed with sentencing on June 15, June 16, June 17 before 4:00 p.m., and June 21, 2022 before 4:00 p.m. Accordingly, I respectfully request that the Court adjourn Mr. Sinclair's sentencing to one of those dates, or another date that is convenient for the Court. The government informed me it has no objection to this request.

Thank you for the Court's consideration.

The foregoing adjournment request is granted.  The sentencing hearing in this action is hereby rescheduled for June 16, 2022, at 10:30 a.m.  Dkt. no. 97 resolved.
SO ORDERED.
5/13/2022
/s/Laura Taylor Swain, Chief USDJ

Respectfully submitted,

_____/s_____

Aaron Mysliwiec, Esq.
*Attorney for Judah Sinclair*

cc:   Counsel of record
       *via ECF*

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com