UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                No. 21-CR-52-LTS

JUDAH SINCLAIR                                                          <u>Order</u>

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case is hereby scheduled to proceed on **June 16, 2022**, at **10:30a.m.** in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                  /s/ Laura Taylor Swain
       June 10, 2022                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge