**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

July 27, 2026

**BY ECF**

# MEMO ENDORSED

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *United States v. Judah Sinclair*, 21 Cr. 52 (LTS)**

Dear Chief Judge Swain:

The parties respectfully request that the Court schedule a conference in the above-captioned case for Thursday, August 6, 2026, at 12:00 p.m., regarding the alleged violations of certain conditions of the defendant's supervised release, as set forth in a report from the U.S. Probation Office, dated July 21, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: [signature]
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

cc: Robert Harris, U.S. Probation Officer (by email)

The foregoing request is granted. A conference is hereby scheduled in this matter on **August 6, 2026 at 12:00 pm**. DE 145 resolved.

SO ORDERED.
7/30/2026
/s/ Laura Taylor Swain, Chief USDJ