**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

July 29, 2026

**<u>BY ECF</u>**
The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**<u>MEMO ENDORSED</u>**

**Re: *United States v. Judah Sinclair*, 21 Cr. 52 (LTS)**

Dear Chief Judge Swain:

The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies maintained by Probation, detailing supervisee Judah Sinclair's supervision, be unsealed.

Sinclair was recently arrested for alleged violations of his supervised release. Probation has indicated that they may have information relevant to the alleged violations contained within their chronologies. Accordingly, the Government respectfully requests that the Court enter an order unsealing those chronologies.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________________
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

cc: Robert Harris, U.S. Probation Officer (by email)

The foregoing request is granted. The Probation Department is respectfully directed to provide the Government with the materials that Probation consented to unseal. DE 147 resolved.

SO ORDERED.
7/30/2026
/s/ Laura Taylor Swain, Chief USDJ