**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 23, 2026

**BY ECF**
The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

**Re:** ***United States* v. *Judah Sinclair*, No. 21 Cr. 52 (LTS)**

Dear Chief Judge Swain:

The parties have conferred and respectfully request that the Court adjourn the conference scheduled for October 26, 2026, at 2:30 p.m., to December 1, 2026, at 2:30 p.m. This time will permit the parties to continue to discuss a pre-hearing resolution in this case.

Very truly yours,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
Nicholas M. Mendez
Assistant United States Attorney
(212) 637-0903

The foregoing request is granted. The conference scheduled in this matter is hereby adjourned to **December 1, 2026** at 2:30 PM. DE 157 resolved.

SO ORDERED.
10/23/2026
/s/ Laura Taylor Swain, Chief USDJ